**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERRY HAGEMAN, | No. C 08-01733 WHA |
|     Plaintiff, | |
|   v. | **CLERK'S NOTICE SCHEDULING INITIAL CASE MANAGEMENT CONFERENCE ON REASSIGNMENT** |
| CHARLES SCHWAB CORPORATION, et al., | |
|     Defendants.     / | |
| W. MERRILL GLASGOW, | No. C 08-01936 WHA |
|     Plaintiff, | |
|   v. | |
| CHARLES SCHWAB CORPORATION, et al., | |
|     Defendants.     / | |
| NILS FLANZRAICH, et al., | No. C 08-01994 WHA |
|     Plaintiffs, | |
|   v. | |
| CHARLES SCHWAB CORPORATION, et al., | |
|     Defendants.     / | |
| VINAYAK R. PAI DEFINED BENEFITS PENSION PLAN, | No. C 08-02058 WHA |
|     Plaintiff, | |
|   v. | |
| CHARLES SCHWAB CORPORATION, et al., | |
|     Defendants.     / | |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service)

YOU ARE NOTIFIED THAT the Court has scheduled an Initial Case Management Conference for **June 19, 2008 at 11:00 a.m.**, before the Honorable William Alsup. Please report to Courtroom 9, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102. Not less than seven days prior, counsel shall submit a joint case management conference statement not to exceed ten pages.

Dated: April 28, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

By:_____
Dawn K. Toland
Courtroom Deputy to the
Honorable William Alsup

2