Reed R. Kathrein (139304)
Peter E. Borkon (212596)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
peterb@hbsslaw.com

Attorneys for Plaintiff

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE LABINS, on Behalf of Himself and all Others Similarly Situated,<br><br>                    Plaintiff,<br><br>    v.<br><br>THE CHARLES SCHWAB CORPORATION, CHARLES SCHWAB & CO. INC., CHARLES SCHWAB INVESTMENT MANAGEMENT, INC., CHARLES R. SCHWAB, EVELYN DILSAVER, RANDALL W. MERK and GEORGE PEREIRA,<br><br>                    Defendants. | No. 08-cv-1510 WHA<br><br>NOTICE OF FILING |
| GERRY HAGEMAN, on Behalf of Himself and all Others Similarly Situated,<br><br>                    Plaintiff,<br><br>    v.<br><br>THE CHARLES SCHWAB CORPORATION, CHARLES SCHWAB & CO. INC., CHARLES SCHWAB INVESTMENT MANAGEMENT, INC., CHARLES R. SCHWAB, EVELYN DILSAVER, RANDALL W. MERK and GEORGE PEREIRA,<br><br>                    Defendants. | No. 08-cv-1733 WHA |

010036-12 240206 V1

| | | |
|---|---|---|
| 1 | W. MERRILL GLASGOW, on Behalf of Himself and All Others Similarly Situated, ) ) | No. 08-cv-1936 WHA |
| 2 | ) | |
| | Plaintiff, ) | |
| 3 | ) | |
| | v. ) | |
| 4 | ) | |
| | THE CHARLES SCHWAB CORPORATION, ) | |
| 5 | CHARLES SCHWAB & CO. INC., CHARLES ) SCHWAB INVESTMENT MANAGEMENT, ) | |
| 6 | INC., CHARLES R. SCHWAB, EVELYN ) DILSAVER, RANDALL W. MERK and ) | |
| 7 | GEORGE PEREIRA, ) ) | |
| 8 | Defendants. ) ) | |
| 9 | NILS FLANZRAICH and JILL FLANZRAICH, ) on Behalf of Themselves and all Others ) | No. 08-cv-1994 WHA |
| 10 | Similarly Situated, ) ) | |
| 11 | Plaintiffs, ) ) | |
| 12 | v. ) ) | |
| 13 | THE CHARLES SCHWAB CORPORATION, ) CHARLES SCHWAB & CO. INC., CHARLES ) | |
| 14 | SCHWAB INVESTMENT MANAGEMENT, ) INC., CHARLES R. SCHWAB, SCHWAB ) | |
| 15 | INVESTMENTS, SCHWAB YIELDPLUS ) FUND SELECT SHARES, EVELYN ) | |
| 16 | DILSAVER, RANDALL W. MERK and ) GEORGE PEREIRA, ) | |
| 17 | ) Defendants. ) | |
| 18 | ) | |

NOTICE OF FILING                                   - 2 -

010036-12 240206 V1

| | |
|---|---|
| VINAYAK R. PAI DEFINED BENEFITS PENSION PLAN, on Behalf of Itself and all Others Similarly Situated,<br><br>                       Plaintiff,<br><br>   v.<br><br>THE CHARLES SCHWAB CORPORATION, CHARLES SCHWAB & CO. INC., CHARLES SCHWAB INVESTMENT MANAGEMENT, INC., SCHWAB INVESTMENTS, CHARLES R. SCHWAB, EVELYN DILSAVER, RANDALL W. MERK, GREGORY HAND, GEORGE PEREIRA, DONALD F. DOWARD, MARIANN BYERWALTER, WILLIAM A. HASLER, ROBERT G. HOLMES, GERALD B. SMITH, DONALD R. STEPHENS, MICHAEL W. WILSEY and JEFF LYONS,<br><br>                       Defendants. | No. 08-cv-2058 WHA |

NOTICE OF FILING                                - 3 -

010036-12 240206 V1

Please take notice that on May 16, 2008, in the United States District Court for the Northern District of California, the YieldPlus Investor Group filed a motion to consolidate, to appoint the YieldPlus Investor Group as Lead Plaintiff and to approve the Proposed Lead Plaintiff's selection of counsel in *Labins v. The Charles Schwab Corporation, et al.,* Case No. 08-cv-1510 WHA.

Dated: May 16, 2008                                  HAGENS BERMAN SOBOL SHAPIRO LLP

By:  _____/s/ Reed R. Kathrein_____
REED R. KATHREIN

Peter E. Borkon
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
peterb@hbsslaw.com

Steve Berman
Sean R. Matt
Erin K. Flory
HAGENS BERMAN SOBOL SHAPIRO, LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
sean@hbsslaw.com
erin@hbsslaw.com

Attorneys for Proposed Lead Plaintiff the YieldPlus Investor Group

NOTICE OF FILING                                  - 1 -

010036-12 240206 V1

- 2 -

**CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2008 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

      /s/ Reed R. Kathrein
      REED R. KATHREIN

NOTICE OF FILING - 2 -

010036-12 240206 V1

# Mailing Information for a Case 3:08-cv-01733-WHA

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Robert Wade Mills**
  rwm@millslawfirm.com

- **Alan R Plutzik**
  aplutzik@bramsonplutzik.com

- **Darryl Paul Rains**
  drains@mofo.com,dgillis@mofo.com

## Manual Notice List

The following is the list of attorneys who are **not**
on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Jeffrey A. Berens
Dyer & Berens LLP
682 Grant Street
Denver, CO 80203-3507
```

# Mailing Information for a Case 3:08-cv-01936-WHA

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Alan R Plutzik**
  aplutzik@bramsonplutzik.com

- **Darryl Paul Rains**
  drains@mofo.com,dgillis@mofo.com

- **Marc Morris Seltzer**
  mseltzer@susmangodfrey.com

## Manual Notice List

The following is the list of attorneys who are **not**
on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Adam P. Schiffer
Schiffer Odom Hicks PLLC
3200 Southwest Freeway, Suite 2390
Houston, TX 77027

Harry P. Susman
Susman Godfrey LLP
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
```

# Mailing Information for a Case 3:08-cv-01994-WHA

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Vahn Alexander**
  valexander@faruqilaw.com

- **Alan R Plutzik**
  aplutzik@bramsonplutzik.com

- **Darryl Paul Rains**
  drains@mofo.com,dgillis@mofo.com

## Manual Notice List

The following is the list of attorneys who are **not**
on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

# Mailing Information for a Case 3:08-cv-02058-WHA

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Blair Allen Nicholas**
  blairn@blbglaw.com,denab@blbglaw.com,kayem@blbglaw.com,kristinas@blbglaw.com

- **Alan R Plutzik**
  aplutzik@bramsonplutzik.com

- **Darryl Paul Rains**
  drains@mofo.com,dgillis@mofo.com

## Manual Notice List

The following is the list of attorneys who are **not**
on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)